**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 16-1822**

---

KEVIN ROBERTSON,

            Plaintiff - Appellant,

      v.

UNITED STATES OF AMERICA,

            Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    Catherine  C.  Blake,  Chief  District
Judge.  (1:16-cv-00106-CCB)

---

Submitted:  November 22, 2016        Decided:  November 29, 2016

---

Before DIAZ  and  THACKER,  Circuit  Judges,  and  DAVIS,  Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Kevin Robertson, Appellant Pro Se.    Jonathan S. Cohen, Karen
Grace  Gregory,  John  Schumann,  UNITED  STATES  DEPARTMENT  OF
JUSTICE, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Robertson appeals the district court's order dismissing his challenge to a wage levy issued by the Internal Revenue Service. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Robertson v. United States, No. 1:16-cv-00106-CCB (D. Md. June 30, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED